170 A.3d 349

NEW JERSEY DIVISION OF CHILD PROTECTION AND PERMANENCY, PLAINTIFF, v. A.I., DEFENDANT, AND M.R., DEFENDANT–MOVANT, AND T.C., M.C., SR., C.T., AND J.R., DEFENDANTS. IN THE MATTER OF THE GUARDIANSHIP OF G.R., A.C., M.C. JR., AND J.I.–MINORS.

September 11, 2017

ORDER

It is ORDERED that the motion for leave to proceed as an indigent (M–16) is granted.